THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HENRY B. LENNERT, Appellant.

Argued October 15, 1943; decided December 2, 1943.

*Irvin Husin* for appellant.

*Frank S. Hogan, District Attorney (Ferdinand J. Wolf* and *Eunice H. Carter* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.